## United States District Court for the Northern District of Illinois

Case Number: 08CV4970           Assigned/Issued By: DAJ

Judge Name: COAR              Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00      [ ] $5.00

[ ] IFP        [ ] No Fee      [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00             Receipt #: 3068456

Date Payment Rec'd: 09/02/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

1  Original and  0  copies on  09/02/08  as to  DEF.
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05